IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK RANNEY, | |
| Plaintiff, | 8:18CV59 |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, | ORDER |
| Defendant. | |

This matter comes before the Court on the plaintiff's Notice of Dismissal with Prejudice (Filing No. 95). The Court being advised in the premises finds that such an Order is proper.

THEREFORE, IT IS ORDERED that this case is dismissed with prejudice with all parties to bear their own costs.

Dated this 21st day of May, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge